# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| AL POTTER, | ) |
| Petitioner, | ) ) ) |
| | ) Case No. CV412-155 |
| WARDEN CEDRICK TAYLOR, | ) ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Al Potter filed a 28 U.S.C. § 2254 habeas petition on May 29, 2012. Doc. 1. He did not accompany the motion with the $5 statutory filing fee, 28 U.S.C. § 1914, or a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Thus, the Clerk notified him of his filing fee deficiency and instructed him to return the fee or an IFP motion within 21 days. Doc. 2. He failed to do so. Therefore, his petition should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this 23rd day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA