UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| AL MAYNARD POTTER, | ) |
| Petitioner, | ) ) ) |
| | ) Case No. CV412-155 |
| WARDEN CEDRICK TAYLOR, | ) ) ) |
| Respondent. | ) |

## **ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 3 day of Dec., 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA